## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

LANDIS & SETZLER, PC,

      Respondent

        v.

NORMAN AND MARJORIE AAMODT,
H/W,

      Petitioners

: No. 891 MAL 2014
:
:
:
: Petition for Allowance of Appeal from the
: Order of the Superior Court
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 25th day of March, 2015, the Petition for Allowance of Appeal is **DENIED**.